# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 267 |
| | : | |
| REAPPOINTMENT TO APPELLATE COURT PROCEDURAL RULES COMMITTEE | : : : | APPELLATE COURT RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, Carrie L. Allman, Esquire, Montgomery County, is hereby reappointed as a member of the Appellate Court Procedural Rules Committee for a term of three years, commencing July 1, 2017.